UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TONYA HARMASON, | § | |
| | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-0674-X |
| | § | |
| G BYRD TRUCKING, LLC, AMAZON | § | |
| LOGISTICS, INC., and CARLOS | § | |
| LARA, | § | |
| | | |
|     *Defendants*. | | |

### 60-DAY DISMISSAL ORDER

The Court has been advised that the parties in the captioned matter have reached a settlement agreement. (Doc. 107). Therefore, all pending deadlines in this matter are **STAYED**. The Court **DISMISSES WITHOUT PREJUDICE** pending the parties' respective motions in limine (Docs. 83 & 85). After sixty (60) days have elapsed from the issuance of this order, the Court **DISMISSES WITHOUT PREJUDICE** all claims by all parties subject to the parties' right to reopen the litigation within those 60 days if the settlement is not consummated. Upon dismissal of this case, each party will bear its own attorney fees and costs.

All parties shall retain the right to notify the Court in the event that the settlement cannot be consummated within the 60-day time limit imposed by this order and to apply for an extension of this order of dismissal to allow more time to consummate the settlement, or may apply to the Court for reopening of this action should the parties not be able to consummate the settlement. If reopening of this action becomes necessary, it shall be reopened as though it had never been closed.

**IT IS SO ORDERED** this 21st day of October, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE